Allan E. Ceran (SBN 93303)
E-mail: aceran@bwslaw.com
Melodie K. Larsen (SBN 110819)
E-mail: mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Robert J. Lack
Hal Neier, appearing *pro hac vice*
Amy C. Brown, appearing *pro hac vice*
Ricardo Solano, Jr., *pro hac vice*
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
7 Times Square
New York, NY 10036
Tel: 212.833.1100

Attorneys for plaintiffs Deutsche Bank Trust Company
Americas, as successor indenture trustee; Law Debenture
Trust Company of New York, as successor indenture trustee;
and Wilmington Trust Company, as successor indenture
trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiffs,<br><br>v.<br><br>AG EDWARDS & SONS, BARCLAYS GBL INVESTORS NA, AP1 MSCI WORLD INDEX PLUS, BECHTEL, VICESEL GROUP INC., BELLSOUTH CORP. NON-REPRESENTABLE HEALTH CARE TRUST, MELLON BANK N.A. EMP BEN PL, FIT COLLECTIVE INVESTMENT PLAN, SEMPRA ENERGY PENSION MSTR TRUST, and INVOC,<br><br>Defendants. | Case No. CV11-2646 CRB<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4820-7563-7002 v1

- 1 -

CASE NO. CV11-2646 CRB
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

# **O R D E R**

Good cause appearing, the CMC currently scheduled for September 16, 2011 at 8:30 a.m. is hereby ordered off calendar. The Court will set a new date for the Conference after the hearing on Plaintiffs' pending Motion to Stay Defendants' Time to Answer or Otherwise Respond to the Complaint in this Action, currently set for hearing on September 2, 2011 at 10:00 a.m..

Dated:  August 18, 2011

_____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4820-7563-7002 v1

- 2 -

CASE NO. CV11-2646 CRB
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE